

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:EEA
F. #2018R01685

*610 Federal Plaza*
*Central Islip, New York 11722*

July 16, 2019

By Hand

The Honorable Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 16 2019 ★

LONG ISLAND OFFICE

Re:  In the Matter of the Search of Information
Associated with Various Email Addresses
Docket No. 19-MJ-108

Dear Judge Locke:

The government respectfully moves for an order unsealing the search warrants and underlying affidavits in the above-captioned matter.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
Erin E. Argo
Assistant U.S. Attorney
(631) 715-7846

Enclosure

cc:  Clerk of Court (by ECF)