WK:EEA
F. #2018R01685

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IN THE MATTER OF THE SEARCH
OF INFORMATION ASSOCIATED
WITH aconde@essexglobalcapital.com
AND bconde@essexglobalcapital.com
THAT ARE STORED AT PREMISES
CONTROLLED BY ENDURIANCE
INTERNATIONAL GROUP, INC.,
sago310@aol.com THAT IS STORED
AT PREMISED CONTROLLED BY
OATH HOLDINGS, INC. and
li@mbllc.net THAT IS STORED AT
PREMISES CONTROLLED BY
RACKSPACE US, INC.

~~PROPOSED~~ ORDER

19-MJ-108

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 16 2019 ★

LONG ISLAND OFFICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erin E. Argo, for an order unsealing the search warrants and underlying affidavits in the above-captioned matter.

WHEREFORE, it is ordered that the search warrants and underlying affidavits in the above-captioned matter be unsealed.

Dated: Central Islip, New York
Jul 16, 2019

s/ Steven I. Locke

HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK